UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, AS SUBROGEE OF ARCELORMITTAL TEXAS HBI LLC, ET AL.<br><br>**Plaintiff,**<br><br>v.<br><br>MIDREX TECHNOLOGIES INC.; SIEMENS INDUSTRY, INC.; LEXICON, INC.; PRIMETALS TECHNOLOGIES USA LLC; ALTRAD SERVICES LIMITED; AND ALTRAD SERVICES LIMITED f/k/a ALTRAD YORK LININGS LIMITED,<br><br>**Defendants.** | CIVIL ACTION NO. 2:24-cv-00182 |

## [PROPOSED] ORDER GRANTING DEFENDANTS ALTRAD SERVICES LIMITED AND ALTRAD YORK LININGS LIMITED'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Upon consideration of Defendants Altrad Services Limited and Altrad York Linings Limited's Motion to Dismiss the Second Amended Complaint, the Court hereby ORDERS that:

(a) The Motion to Dismiss is GRANTED; and

(b) All claims asserted in the Second Amended Complaint (ECF No. 25) by Plaintiff American Home Assurance Company, as Subrogee of Arcelormittal Texas HBI LLC, et al. against Altrad Services Limited and Altrad York Linings Limited are DISMISSED under Rule 12(b)(2).

**ORDERED** on _____, 2025.

_____
Hon. Nelva Gonzales Ramos
United States District Judge